UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v<br><br>THE DOE RUN RESOURCES CORPORATION f/k/a ST. JOE MINERALS CORPORATION,<br><br>and<br><br>ZURICH AMERICAN INSURANCE COMPANY as successor-in-interest to ZURICH INSURANCE COMPANY, U.S. BRANCH<br><br>Defendants. | No 4:08-CV-01687-CAS |
| THE DOE RUN RESOURCES CORPORATION,<br><br>Counter-Claimant,<br><br>v<br><br>HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY,<br><br>Counter-Defendants. | |

**DECLARATION OF MARC D. HALPERN IN SUPPORT OF THE DOE RUN RESOURCES CORPORATION'S MOTION FOR REALIGNMENT AND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

1

I, Marc D. Halpern, declare as follows:

1. I am an attorney with the law firm of Abelson | Herron LLP, counsel for The Doe Run Resources Corporation ("Doe Run") in the above-referenced action. I am licensed to practice law in the state of California and admitted to practice *pro hac vice* before this Court in connection with this matter. I have personal knowledge of the matters stated herein and, if called to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a printout dated March 18, 2009 from the New York State Department of Insurance website located at https://awebproxyprd.ins.state.ny.us/onepage/StartForm.jsp?link=/CompanyDirectory/dir_srch_optiono.jsp?c=m demonstrating that Zurich American Insurance Company is domiciled in the state of New York.

3. Attached hereto as Exhibit B is a true and correct copy of a printout dated March 17, 2009 from the A.M. Best Rating Center website located at http://www3.ambest.com/ratings/RatingsSearch.asp?AltSrc=9 listing Zurich American Insurance Co. as domiciled in New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of March 2009 at San Diego, California.

*/s/ Marc D. Halpern*

Marc D. Halpern

2

# Exhibit A

  

## Company Detail

Company Search **NAIC#:** 16535   [ Search ]

Save As

**NAIC#:** 16535  **DOM:** New York  **Group:** Zurich Insurance Group  **Phone:**
**CPAF:** 3882  **ORG:** PC  **Group#:** 212  **Spl Risk:**  **Eff Dt** 09/01/2008  **Exp Dt** 08/31/2009

**DMV#:** 379  **Website:** http://WWW.ZURICHNA.COM   **Licensed Dt:** 12/16/1998

Zurich American Insurance Company
1400 American Lane
Tower I, 19th Floor
Schaumburg, IL 60196

**Company History:**
(No Data Available)

**Current Writing Powers:**

| NYS Insurance Law Section Code | Line of Business | Description |
|---|---|---|
| 1113(a) | 3 | accident and health |
| 1113(a) | 4 | fire |
| 1113(a) | 5 | miscellaneous property |
| 1113(a) | 6 | water damage |
| 1113(a) | 7 | burglary and theft |
| 1113(a) | 8 | glass |
| 1113(a) | 9 | boiler and machinery |
| 1113(a) | 10 | elevator |
| 1113(a) | 11 | animal |
| 1113(a) | 12 | collision |
| 1113(a) | 13 | personal injury liability |
| 1113(a) | 14 | property damage liability |
| 1113(a) | 15 | workers' compensation and employers' liability |
| 1113(a) | 16 | fidelity and surety |
| 1113(a) | 17 | credit |
| 1113(a) | 19 | motor vehicle and aircraft physical damage |
| 1113(a) | 20 | marine and inland marine |
| 1113(a) | 21 | marine protection and indemnity |
| 1113(a) | 22 | residual value |
| 1113(a) | 24 | credit unemployment |
| 1113(a) | 26(A)(B)(C)(D) | gap |
| 1113(a) | 27 | prize indemnification |
| 1113(a) | 28 | service contract reimbursement |
| 1113(a) | 29 | legal services |
| 4102(c) | I&R | as authorized by Section 4102(c), insurance of every kind or description outside of the United States and reinsurance of every kind or description |

aeasrvrprd  *PRIVACY POLICY* | ACCESSIBILITY | DISCLAIMER

# Exhibit B

Case 4:08-cv-01687-CAS    Document 39    Filed 03/19/2009    Page 6 of 8
Best's Rating Center - Search Results Page 1

  

Member Benefits

View Ratings: **Financial Strength**  **Issuer Credit**  **Securities**  **Advanced Search**     Other Web Centers:  Select One

**Search Results**     Page  **1 of 1**     Results Per Page 20

**2 Rated or non-Rated companies found, results sorted by Company Name**
Criteria Used: **Company Name**: Company names starting with Zurich American Insurance Company
To refine your search please use our Advanced Search or view our Online Help for more information

[New Search]   Zurich American Insurance Co   View results starting with:  A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   [Reset List]

| Company Information | | Financial Strength Ratings | | Issuer Credit Ratings | | | |
|---|---|---|---|---|---|---|---|
| AMB# | Company Name | Rating | Outlook / Implication | Long-Term | Outlook / Implication | Short-Term | Domicile |
| 02563 | Zurich American Insurance Company<br>Insurance - Property/ Casualty (Operating Company) | A | Stable | a+ | Stable | | US: New York |
| 03565 | Zurich American Insurance Company of IL<br>Insurance - Property/ Casualty (Operating Company) | A | Stable | a+ | Stable | | US: Illinois |

Note: Financial Strength Ratings as of 03/17/2009 05 24 PM E S T.

+ Financial Strength Ratings (FSR) are sometimes assigned to Property/Casualty - A M Best Consolidated Groups. Please note that
‡ Life/Health - A M Best Consolidated Groups and Company Consolidated Financial Statements are not assigned FSR ratings

* Denotes Under Review Best's Ratings

Visit **Best's Rating Center** for a complete overview of our rating process and methodologies

**Important Notice**: Best's Ratings reflect our independent opinion, based on a comprehensive quantitative and qualitative evaluation of a company's balance sheet strength, operating performance and business profile These ratings are neither a warranty of a company's financial strength nor its ability to meet its financial obligations including those to policyholders View our entire notice for complete details

Customer Service | Product Support | Member Center | Contact Info | Careers
About A.M. Best | Site Map | Privacy Policy | Security | Terms of Use | Legal & Licensing

Copyright © 2009 A.M. Best Company Inc. All rights reserved.
A M Best Worldwide Headquarters Ambest Road Oldwick New Jersey 08858 U S A

http://www3 ambest.com/ratings/RatingsSearch asp?AltSrc=9                    3/17/2009

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI – EASTERN DIVISION

### Hartford Accident And Indemnity Company, et al.
### v.
### The Doe Run Resources Corporation, et al.
### District Court Case No. 4:08-cv-01687-CAS

I am over the age of 18 and not a party to the within action; I am employed by Abelson | Herron, LLP in the County of Los Angeles at 333 South Grand Avenue, Suite 1550, Los Angeles, California, 90071-1559.

On March 19, 2009, I served the document below described as:

**DECLARATION OF MARC D. HALPERN IN SUPPORT OF THE DOE RUN RESOURCES CORPORATION'S MOTION FOR REALIGNMENT AND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

The document was served by the following means:

**X**  **BY ELECTRONIC TRANSMISSION VIA NEF**  I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent Notifications of Electronic Filing to the persons at the e-mail addresses listed immediately below. Accordingly, pursuant to the Court's Local Rule 5-2.12, I caused the documents to be sent electronically to the persons listed immediately below.

| | |
|---|---|
| E-mail: tjm@heplerbroom.com<br>E-mail: mly@heplerbroom.com<br>Theodore J. MacDonald, Jr., Esq.<br>Michael L. Young, Esq.<br>HEPLER BROOM, MACDONALD,<br>   HEBRANK, TRUE & NOCE LLC | Counsel for Plaintiffs and Counter-Defendants,<br>HARTFORD ACCIDENT AND INDEMNITY COMPANY; and<br>FIRST STATE INSURANCE COMPANY |
| E-mail: rwatters@bjpc.com<br>E-mail: twolf@bjpc.com<br>E-mail: pbousquet@bjpc.com<br>Russell F. Watters, Esq.<br>Timothy J. Wolf, Esq.<br>Patrick A. Bousquet, Esq.<br>BROWN & JAMES, P.C. | Counsel for Defendant,<br>ZURICH AMERICAN INSURANCE COMPANY |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on March 19, 2009 at Los Angeles, California.

                                                                     /s/ Marc D. Halpern
                                                                          Marc D. Halpern

**Certificate of Service** *Cont.*

☒  **BY U.S. MAIL**  I enclosed the document in a sealed envelope addressed to the persons at the address listed immediately below and placed the sealed envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the said date, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelopes with postage fully prepaid.

| | |
|---|---|
| James P. Ruggeri, Esq.<br>Joshua D. Weinberg, Esq<br>HOGAN & HARTSON LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004 | Counsel for Plaintiffs and Counter-Defendants,<br>HARTFORD ACCIDENT AND INDEMNITY<br>COMPANY; and<br>FIRST STATE INSURANCE COMPANY |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on March 19, 2009 at Los Angeles, California.

*Rachel E. Capata*
Rachel E. Capata