UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOE RUN RESOURCES CORPORATION f/k/a ST. JOE MINERALS CORPORATION,<br><br>and<br><br>ZURICH AMERICAN INSURANCE COMPANY as successor-in-interest to ZURICH INSURANCE COMPANY, U.S. BRANCH<br><br>Defendants | No. 4:08-CV-01687-CAS |
| THE DOE RUN RESOURCES CORPORATION,<br><br>Counter-Claimant,<br><br>v.<br><br>HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY,<br><br>Counter-Defendants. | |

## THE DOE RUN RESOURCES CORPORATION'S MOTION TO STAY COUNTS ONE, TWO AND THREE IN HARTFORD'S COMPLAINT

The Doe Run Resources Corporation f/k/a St. Joe Minerals Corporation ("Doe Run") respectfully moves this Court for an Order staying Counts One, Two and Three of Hartford's complaint. In support of this Motion, and pursuant to Local Rule 7-4.01, Doe Run

respectfully submits the accompanying memorandum of points and authorities, Affidavit of Richard Ahrens and Declaration of Marc Halpern.

Dated: May 22, 2009

Respectfully submitted,

ABELSON | HERRON LLP

By:     /s/ Marc D. Halpern
Marc D. Halpern
Gwendolyn M. Toczko
ABELSON | HERRON, LLP
501 West Broadway, Suite 800
San Diego, CA 92101
(619) 618-7000 (telephone)
(619) 618-7001 (facsimile)
mhalpern@abelsonherron.com
gtoczko@abelsonherron.com

Heather L. Mayer
ABELSON | HERRON, LLP
333 South Grand Avenue, Suite 1500
Los Angeles, CA 90071
(213) 402-1917 (telephone)
(213) 402-1901 (facsimile)
hmayer@abelsonherron.com

*Counsel for Defendant and Counter-Claimant
The Doe Run Resources Corporation*

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI – EASTERN DIVISION

### Hartford Accident And Indemnity Company, et al.
### v.
### The Doe Run Resources Corporation, et al.
### District Court Case No. 4:08-cv-01687-CAS

I am over the age of 18 and not a party to the within action; I am employed by Abelson | Herron, LLP in the County of Los Angeles at 333 South Grand Avenue, Suite 1550, Los Angeles, California, 90071-1559.

On May 22, 2009, I served the document below described as:

**THE DOE RUN RESOURCES CORPORATION'S MOTION TO STAY COUNTS ONE, TWO AND THREE IN HARTFORD'S COMPLAINT**

The document was served by the following means:

**X**   **BY ELECTRONIC TRANSMISSION VIA NEF** I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent Notifications of Electronic Filing to the persons at the e-mail addresses listed immediately below. Accordingly, pursuant to the Court's Local Rule 5-2.12, I caused the documents to be sent electronically to the persons listed immediately below.

| | |
|---|---|
| E-mail: tjm@heplerbroom.com<br>E-mail: mly@heplerbroom.com<br>Theodore J. MacDonald, Jr., Esq.<br>Michael L. Young, Esq.<br>HEPLER BROOM, MACDONALD, HEBRANK, TRUE & NOCE LLC | Counsel for Plaintiffs and Counter-Defendants,<br>HARTFORD ACCIDENT AND INDEMNITY COMPANY; and<br>FIRST STATE INSURANCE COMPANY |
| E-mail: rwatters@bjpc.com<br>E-mail: twolf@bjpc.com<br>E-mail: pbousquet@bjpc.com<br>Russell F. Watters, Esq.<br>Timothy J. Wolf, Esq.<br>Patrick A. Bousquet, Esq.<br>BROWN & JAMES, P.C. | Counsel for Defendant,<br>ZURICH AMERICAN INSURANCE COMPANY |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on May 22, 2009 at Los Angeles, California.

/s/ Marc D. Halpern
Marc D. Halpern

**Certificate of Service** *Cont.*

&#x2718;   **BY U.S. MAIL** I enclosed the document in a sealed envelope addressed to the persons at the address listed immediately below and placed the sealed envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the said date, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| James P. Ruggeri, Esq. | Counsel for Plaintiffs and Counter-Defendants, |
| Joshua D. Weinberg, Esq. | HARTFORD ACCIDENT AND INDEMNITY |
| HOGAN & HARTSON LLP | COMPANY; and |
| 555 Thirteenth Street, NW | FIRST STATE INSURANCE COMPANY |
| Washington, D.C. 20004 | |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on May 22, 2009 at Los Angeles, California.

_/s/ Soonja Bin_
Soonja Bin