UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE DOE RUN RESOURCES CORPORATION f/k/a ST. JOE MINERALS CORPORATION,<br><br>and<br><br>ZURICH AMERICAN INSURANCE COMPANY as successor-in-interest to ZURICH INSURANCE COMPANY, U.S. BRANCH<br><br>                    Defendants. | No. 4:08-CV-01687-CAS |
| THE DOE RUN RESOURCES CORPORATION,<br><br>                    Counter-Claimant,<br><br>v.<br><br>HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY,<br><br>                    Counter-Defendants. | |

**THE DOE RUN RESOURCES CORPORATION'S MOTION TO DISMISS COUNT THREE IN HARTFORD'S COMPLAINT RE: *BNSF* FOR LACK OF SUBJECT MATTER JURISDICTION**

        The Doe Run Resources Corporation f/k/a St. Joe Minerals Corporation ("Doe

Run") respectfully moves this Court for an Order dismissing Count Three of Hartford's

complaint as it relates to the case captioned <u>BNSF Railway Company v. The Doe Run Resources Corporation, et al.</u>, Circuit Court for the City of St. Louis, State of Missouri, Cause No. 052-1585 (the "<u>BNSF</u> Action").  In support of this Motion, and pursuant to Local Rule 7-4.01, Doe Run respectfully submits the accompanying memorandum of points and authorities and Declaration of Marc Halpern.

Dated:  August 28, 2009	Respectfully submitted,

ABELSON | HERRON LLP


By:	_____/s/ Marc D. Halpern_____
	Marc D. Halpern
	Gwendolyn M. Toczko
	501 West Broadway, Suite 800
	San Diego, CA  92101
	(619) 618-7000 (telephone)
	(619) 618-7001 (facsimile)
	mhalpern@abelsonherron.com
	gtoczko@abelsonherron.com

	Heather L. Mayer
	333 South Grand Avenue, Suite 1550
	Los Angeles, CA  90071
	(213) 402-1900 (telephone)
	(213) 402-1901 (facsimile)
	hmayer@abelsonherron.com

	*Counsel for Defendant and Counter-Claimant*
	*The Doe Run Resources Corporation*

## CERTIFICATE OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI – EASTERN DIVISION

### Hartford Accident And Indemnity Company, et al.
### v.
### The Doe Run Resources Corporation, et al.
### District Court Case No. 4:08-cv-01687-CAS

I am over the age of 18 and not a party to the within action; I am employed by Abelson | Herron, LLP in the County of San Diego at 501 West Broadway, Suite 800, San Diego, California, 92101.

On August 28, 2009, I served the document below described as:

**THE DOE RUN RESOURCES CORPORATION'S MOTION TO DISMISS COUNT THREE IN HARTFORD'S COMPLAINT RE: *BNSF* FOR LACK OF SUBJECT MATTER JURISDICTION**

The document was served by the following means:

**X** **BY ELECTRONIC TRANSMISSION VIA NEF** I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent Notifications of Electronic Filing to the persons at the e-mail addresses listed immediately below. Accordingly, pursuant to the Court's Local Rule 5-2.12, I caused the document to be sent electronically to the persons listed immediately below.

| | |
|---|---|
| Theodore J. MacDonald, Jr., Esq.<br>Michael L. Young, Esq.<br>HEPLER BROOM, MACDONALD,<br>   HEBRANK, TRUE & NOCE LLC<br>800 Market Street, Suite 2300<br>St. Louis, Missouri 63101<br>E-mail: tjm@heplerbroom.com<br>E-mail: mly@heplerbroom.com | Counsel for Plaintiffs and Counter-Defendants,<br>HARTFORD ACCIDENT AND INDEMNITY COMPANY; and<br>FIRST STATE INSURANCE COMPANY |
| Russell F. Watters, Esq.<br>Timothy J. Wolf, Esq.<br>Patrick A. Bousquet, Esq.<br>BROWN & JAMES, P.C.<br>1010 Market Street, 20th Floor<br>St. Louis, Missouri 63101<br>E-mail: rwatters@bjpc.com<br>E-mail: twolf@bjpc.com<br>E-mail: pbousquet@bjpc.com | Counsel for Defendant,<br>ZURICH AMERICAN INSURANCE COMPANY |
| Randolph P. Sinnott, Esq.<br>JoLynn M. Pollard, Esq.<br>SINNOTT, DITO, MOURA & PUEBLA, APC<br>707 Wilshire Boulevard, Suite 3200<br>Los Angeles, California 90017<br>E-mail: rsinnott@sdmp.com<br>E-mail: jpollard@sdmp.com | Counsel for Defendant,<br>ZURICH-AMERICAN INSURANCE COMPANY |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on August 28, 2009 at Los Angeles, California.

/S/ Marc D. Halpern
Marc D. Halpern

**X**     **BY U.S. MAIL** I enclosed the document in a sealed envelope addressed to the persons at the address listed immediately below and placed the sealed envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing On the said date, they are deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid

| | |
|---|---|
| James P. Ruggeri, Esq.<br>Joshua D. Weinberg, Esq<br>HOGAN & HARTSON LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004 | Counsel for Plaintiffs and Counter-Defendants,<br>HARTFORD ACCIDENT AND INDEMNITY COMPANY; and<br>FIRST STATE INSURANCE COMPANY |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on August 28, 2009 at Los Angeles, California.

Soonja Bin