UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:08-CV-1687 CAS |
| THE DOE RUN RESOURCES CORPORATION and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs' claims in Count Three of the Complaint relating to the <u>BNSF</u> settlement are **DISMISSED** for lack of ripeness pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this  2nd  day of October, 2009.